IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBRA WEST,

    Plaintiff,
vs.                                                                 CASE NO.:

TARGET CORPORATION, a Foreign
Profit Corporation,

    Defendant.
_____/

## DEFENDANT'S, TARGET CORPORATION, NOTICE OF REMOVAL

Defendant Target Corporation (hereinafter "Defendant"), by and through its undersigned attorneys and pursuant to 28 U.S.C. § 1446, files with this Court a Notice of Removal of the above-captioned matter from the Fourth Judicial Circuit, in and for Duval County, Florida. In support of the removal of this action, Defendant states as follows:

1. Plaintiff Debra West has filed a civil action in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, Case No. 21-CA-01871, for claimed injuries allegedly due to an incident in which Ms. West allegedly slipped and fell on the Defendant's premises on June 19, 2019 in Duval County, Florida. True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. § 1446(a), are attached hereto as Exhibit "A".

2. Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and § 1441.

3. At the time of the incident alleged in Plaintiff's Complaint, Plaintiff was a resident of Duval County, Florida. (Complaint, ¶ 2). Additionally, Plaintiff is registered to vote in the State of Florida, however her voter registration states she is a resident of St. Johns, rather than Duval County, Florida. See redacted "Voter Information Lookup" attached hereto as Exhibit "B." In the Guest Incident Report signed by Plaintiff on the date of the alleged incident, attached hereto as Exhibit "C" (redacted), the Plaintiff confirms her address in Jacksonville, Florida 32259. The address contained in the Guest Incident Report is the same as the Voter Registration information (redacted).

4. Defendant Target Corporation, at all relevant times, has been a domiciliary of the State of Minnesota, is incorporated in Minnesota, and has its principal place of business in Minnesota.

5. The Complaint alleges the damages "exceeds the sum of One Hundred Thousand Dollars ($100,000.00) exclusive of costs, interest and attorney's fees." (Complaint ¶1). Plaintiff's Complaint alleges she "suffered and incurred: A. Significant and permanent loss of an important bodily function and/or permanent and significant scarring; B. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement; C. Aggravation or activation of an

existing disease or physical defect; D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the for the enjoyment of life; E. Expenses of medical care and treatment in the past and in the future; and or wage loss; F. An aggravation of a previous medical condition. All losses are continuing and/or permanent." Complaint ¶ 10.

6. As evidenced by Plaintiff's Complaint, paragraph one, the Plaintiff is alleging the amount in controversy exceeds "One Hundred Thousand Dollars ($100,000.00), exclusive of costs, interest and attorney's fees." Therefore, the amount in controversy in this case exceeds the $75,000.00 threshold, as clearly evidenced by Plaintiff's Complaint.

7. Defendant has filed this Notice of Removal within thirty (30) days of service of Plaintiff's Complaint on May 10, 2021.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this removal to all parties and has filed a copy of this Notice of Removal in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.

9. The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this District Court pursuant to 28 U.S.C. §1441(a).

10. The amount in controversy in this case is greater than $75,000.00 exclusive of interest and costs, and there is complete diversity between the parties. Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

11. Pursuant to the rules of this Court, Defendant has submitted the $400.00 filing fee.

WHEREFORE, the Defendant respectfully requests that this Court accept the removal of this action from the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 9th day of June, 2021:

**Albert H. Lechner, Esquire**
Morgan & Morgan, P.A.
2601 North Ponce De Leon Blvd.
St. Augustine, FL 32084
Email: alechner@forthepeople.com; skhan@forthepeople.com; aandrade@forthepeople.com
Telephone: 904-417-4170
*Attorneys for Plaintiff*

SAALFIELD SHAD, P.A.

/s/ Joseph B. Stokes, III
_____
**JOSEPH B. STOKES, III, ESQUIRE**

        Florida Bar Number: 897183
        Email (Primary) jstokes@saalfieldlaw.com
        Email (Secondary) llovein@saalfieldlaw.com;
        khosea@saalfieldlaw.com
        **RUBY JO CATHERINE SMITH, ESQUIRE**
        Florida Bar Number: 112741
        Email (Primary) rjcs@saalfieldlaw.com
        245 Riverside Avenue, Suite 400
        Jacksonville, FL 32202
        904-355-4401 (phone)
        904-355-3503 (facsimile)
        ***Attorneys for Defendant***